JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL FRANCIS THOMAS, | ) | No. CV 13-6659-JLS(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| OFFICER ECCLES, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed, with prejudice, as time-barred.

DATED:  March 17, 2015

_____
JOSEPHINE L. STATON
United States District Judge